IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01225-WYD-MJW

KEITH A. SCHWARTZ,

Plaintiff(s),

v.

BANK OF AMERICA, N. A., and
BILL WALLACE, in his capacity as Public Trustee, Summit County, Colorado,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Counsel for Defendant Bill Wallace's Motion to Vacate Show Cause Hearing [Docket No. **20**, Filed September 27, 2010] is GRANTED.

It is FURTHER ORDERED that the Show Cause Hearing set September 28, 2010 at 11:30 a.m. before this Court is vacated.

Date: September 27, 2010