IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01225-WYD-MJW

KEITH A. SCHWARTZ,

    Plaintiff,

v.

BANK OF AMERICA, N.A.;
BILL WALLACE IN HIS CAPACITY AS PUBLIC TRUSTEE, SUMMIT COUNTY, COLORADO,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Request for Sanctions [ECF No. 30], filed October 15, 2010, is hereby **STRICKEN** for failure to comply with D.C.COLO.LCivR 7.1A and D.C.COLO.LCivR 10.1E.

    Dated: October 20, 2010.