IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01225-WYD-MJW

KEITH SCHWARTZ,

    Plaintiff,

v.

BANK OF AMERICA, N.A.
BAC HOME LOANS SERVICING, LP
STEPHEN TSOMPANAS
BILL WALLACE IN HIS CAPACITY AS
PUBLIC TRUSTEE, SUMMIT COUNTY, COLORADO

    Defendants.

---

## ORDER DISMISSING PARTY

Upon review of the Stipulation for Voluntary Dismissal of Claims Against Defendant Stephen Tsompanas, filed December 28, 2010 [ECF No. 54], and the file herein, it is hereby

ORDERED that Defendant Stephen Tsompanas is dismissed from this action without prejudice, each party to pay his own costs and attorneys' fees.  It is

FURTHER ORDERED that the Motion to Dismiss, filed by Defendant Stephen Tsompanas on December 3, 2010 [ECF No. 48] is **DENIED AS MOOT**.

Dated: December 28, 2010

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge