IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-CV-01225 WYD-MJW

KEITH A. SCHWARTZ,

            Plaintiff,

v.

BANK OF AMERICA, N.A.
BAC HOME LOANS SERVICING, LP
STEPHEN TSOMPANAS and
BILL WALLACE IN HIS CAPACITY AS
PUBLIC TRUSTEE, SUMMIT COUNTY, COLORADO

            Defendants.

---

## ORDER ( Docket no. 57 )

---

The Court, having considered Defendants, Bank of America, N.A. ("BANA") and BAC Home Loans Servicing, LP ("BAC") (collectively, BANA and BAC are referred to as the "Bank Defendants")'s Motion to Modify the Scheduling Order to designate an expert for the purpose of handwriting analysis, and finding good cause therefore, hereby ORDERS:

The Bank Defendants Motion is GRANTED.  The Bank Defendants may have up to and including January 30, 2011 in which to designate an expert in the area of handwriting analsysis. Plaintiff may have up to and including March 2, 2011 in which to designate a rebuttal expert.

It is FURTHER ORDERED, that Plaintiff Keith Schwartz must submit handwriting samples as requested at his deposition on January 19, 2011.

ORDERED this 4th day of January, 2011.

BY THE COURT.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO