# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   10-cv-01225-WYD-MJW                    FTR - Courtroom A-502

**Date:**  February 14, 2011                                   Courtroom Deputy, Ellen E. Miller

_Parties_                                                      _Counsel_

KEITH A. SCHWARTZ,                                             Noah H. Klug

    Plaintiff(s),

v.

BANK OF AMERICA, N.A., and                                     Eric R. Coakley
BILL WALLACE, in his capacity as Public Trustee,               Franklin P. Celico
Summit County, Colorado,

    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:**   1:30 p.m.
Court calls case. Telephonic appearances of counsel.

Status of the case is discussed. Status of the pending motions and discovery is discussed.

Defendants Bank of America, N.A. and BAC Home Loan Servicing, LP's Motion to Modify Scheduling Order to Allow for Designation of a Handwriting Expert by January 30, 2011 [Docket NO. 57, Filed December 30, 2010] was ruled on in the Order entered by the Court January 04, 2011 [Docket No. 60]. Therefore,

**It is ORDERED:**   Defendants Bank of America, N.A. and BAC Home Loan Servicing, LP's Motion to Modify Scheduling Order to Allow for Designation of a Handwriting Expert by January 15, 2011 [Docket No. **56**, Filed December 30, 2010] is DENIED AS MOOT.


Hearing concluded.
**Court in recess:**   1:43 p.m.
Total In-Court Time 00: 13